IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOLANDA DIAZ, ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiff, ) | 1:23-cv-00192-SCJ |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT AND**
**DISCLOSURE OF INTERESTED PERSONS**

Defendants, by and through counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3 hereby disclose the following:

**(1) A Complete List of Parties and Corporate Disclosure Statement Required by FRCP 7.1:**

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the sole general partner and WSE Investment, LLC is the sole limited partner. Both WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies with principal places of business in Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is an Arkansas limited liability company with its principal place of business in

1

Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. Neither Wal-Mart Stores East, LP nor any of its partners were citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter. Walmart, Inc. was not a citizen of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter.

**(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Jessica L. Eisenhower of The Law Office of J.L. Eisenhower, LLC

National Union Fire Insurance Company of Pittsburgh, PA.

**(3)  A complete list of each person serving in this proceeding:**

Jessica L. Eisenhower of The Law Office of J.L. Eisenhower, LLC

Jonathan M. Adelman and Casey J. Brown of the law firm Waldon Adelman Castilla Hiestand & Prout, LLP.

This 27th day of January, 2023.

           WALDON ADELMAN CASTILLA
           HIESTAND & PROUT

           /s/ Casey J. Brown_____
           Jonathan M. Adelman
           Georgia Bar No. 005128
           Casey J. Brown
           Georgia Bar No. 757384
           Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certify that the foregoing pleading complies with the font and point selections approved by the Court and Local Rule 5.1B. The foregoing pleading has been prepared in 14 point Times New Roman font.

This 27th day of January, 2023.

>
> WALDON ADELMAN CASTILLA
> HIESTAND & PROUT
>
>
> /s/ Casey J. Brown_____
> Jonathan M. Adelman
> Georgia Bar No. 005128
> Casey J. Brown
> Georgia Bar No. 757384
> Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOLANDA DIAZ, ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiff, ) | 1:23-cv-00192-SCJ |
| ) | |
| v. ) | |
| ) | |
| ) | |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 27th day of January, 2022, I electronically filed the foregoing *Corporate Disclosure Statement and Certification of Interested Parties* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Jessica L. Eisenhower
The Law Office of J.L. Eisenhower, LLC
P.O. Box 88550
Dunwoody, Georgia 30356

**5**

This 27th day of January, 2023.

                                          WALDON ADELMAN CASTILLA
                                          HIESTAND & PROUT

                                          /s/ Casey J. Brown_____
                                          Jonathan M. Adelman
                                          Georgia Bar No. 005128
                                          Casey J. Brown
                                          Georgia Bar No. 757384
                                          Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com